**Order entered December 16, 2022**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-22-00999-CV

### GENA M. CROW, Appellant

### V.

### NOSHI PROPERTIES, LLC, Appellee

### On Appeal from the County Court at Law No. 1
### Dallas County, Texas
### Trial Court Cause No. CC-22-02584-A

## ORDER

On November 30, 2022, after court reporter Cathye Moreno informed the Court appellant had not requested the reporter's record, we **DIRECTED** appellant to file, within ten days, written verification she had requested the record. Although we cautioned appellant the appeal might be submitted without the reporter's record if she failed to comply, *see* TEX. R. APP. P. 37.3(c), appellant has not complied. Accordingly, we **ORDER** the appeal submitted without the reporter's record. *See id.*

As the clerk's record has been filed, we **ORDER** appellant to file her brief on the merits no later than January 17, 2023.

/s/    BONNIE LEE GOLDSTEIN  
        JUSTICE